# Stricken Document

Case 3:08-cr-02473-JLS   Document 10   Filed 07/30/2008   Page 1 of 1